UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. LISA RUSCO, and LISA RUSCO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>Defendant. | Civil Action No. 4:11-cv-02522-PJH |

## JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL

Whereas Plaintiff Lisa Rusco ("Rusco") has agreed to dismiss all claims asserted against Defendant Sutter Health ("Sutter") in this action with prejudice,

It is HEREBY STIPULATED and AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

(1) all claims and causes of action by Rusco against Sutter up to and including the date of the Joint Stipulation of Dismissal are dismissed with prejudice;

(2) the dismissal shall be without prejudice to the United States of America;

(3) each party shall bear its own costs, expenses and attorney fees in connection with the matter.

Dated: December 6, 2012

_[signature]_
Nancy Hersh, Esq.
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316

Attorneys for Plaintiff Lisa Rusco

Dated: December 10, 2012

_[signature]_
Katherine A. Lauer
LATHAM & WATKINS LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101-3375

Attorneys for Defendant Sutter Health

SD\1251537.1

Dated:  December 10, 2012

/s/ Ila C. Deiss
Ila C. Deiss
Assistant United States Attorney
United States Attorney's Office
Northern District of California

IT IS SO ORDERED.

Dated:  December 12, 2012



Honorable Phyllis J. Hamilton

SD\1251537.1